[No. 10550-4-III.    Division Three.    October 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
BLANCO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 89-1-00099-0, Jerry M. Moberg, J., entered

January 24, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.